Corporate John Does, X, Y, Z,
Defendants–Appellees.

No. 09–11781.

United States Court of Appeals,
Eleventh Circuit.

April 5, 2010.

K. Brian Roller, Zarco Einhorn Salkowski Brito, P.A., Miami, FL, for Plaintiffs–Counter–Defendants–Appellants.

Robert E. Casey, Jr., Casey, Gilson & Liebel, P.C., Atlanta, GA, Robert Zarco, Robert M. Einhorn, K. Brian Roller, Zarco Einhorn Salkowski & Brito, P.A., Miami, FL, Robert E. Casey, Jr., George P. Shingler, Christopher M. Huffines, Casey, Gilson & Liebel, P.C., Atlanta, GA, for Plaintiffs–Appellants.

Scott A. McIntosh, John F. Dienelt, DLA Piper U.S. LLP, Washington, DC, for Defendants–Counter–Claimants–Appellees.

Before BIRCH and BARKETT, Circuit Judges, and BUCKLEW,* District Judge.

PER CURIAM:

After careful review of the record and briefs of the parties, as well as having had the benefit of oral argument, we AFFIRM the judgment of the district court.

Kwabena MAWULAWDE, M.D.,
Plaintiff–Appellant,

v.

BOARD OF REGENTS OF the UNIVERSITY SYSTEM OF GEORGIA, Daniel W. Rahn, M.D., Indiv. and in his Official Capacity as President, Medical College of Georgia David Stern, Indiv. an in his Official Capacity as Dean, School of Medicine, Medical College of Georgia, Don Snell, Indiv. and in his Official Capacity as President and CEO, MCG Health, Inc., MCG Health, Inc., Defendants–Appellees.

Kwabena Mawulawde, M.D.,
Plaintiff–Appellant,

v.

Board of Regents of the University System of Georgia, Daniel W. Rahn, M.D., Indiv. and in his Official Capacity as President, Medical College of Georgia, David Stern, Indiv. and in his Official Capacity as Dean, School of Medicine, Medical College of Georgia Don Snell, Indiv. and in his Official Capacity as President and CEO, MCG Health, Inc., MCG Health, Inc., Defendants–Appellees,

Medical College of Georgia, Defendant.

Nos. 09–12130, 09–16172.

United States Court of Appeals,
Eleventh Circuit.

April 5, 2010.

Eric Emanuel Wyatt, George W. McGriff & Associates, Roswell, GA, for Plaintiff–Appellant.

---

* Honorable Susan C. Bucklew, United States District Judge for the Middle District of Florida, sitting by designation.

Alana Rochelle Kyriakakis, Thomas L. Cathey, Hull, Towill, Norman, Barrett & Salley, P.C., Thomas W. Tucker, Tucker, Everitt, Long, Brewton & Lanier, PC, James B. Ellington, Hull Barrett, PC, Augusta, GA, for Defendants–Appellees.

Before BIRCH, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

After careful review of the record and briefs of the parties, as well as having had the benefit of oral argument, we AFFIRM the judgment of the district court.

**Ana Miriam GUEVARA–ACOSTA, Petitioner,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

No. 09–13963
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 5, 2010.

Osvaldo Francisco Valladares, St. Petersburg, FL, for Petitioner.

Joanna L. Watson, Ernesto H. Molina, Jr., Washington, DC, for Respondent.

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Ana Miriam Guevara–Acosta, a native and citizen of El Salvador, through counsel, seeks review of the Board of Immigration Appeals' ("BIA") dismissal of her appeal from the immigration judge's ("IJ") order finding her removable and denying her application for asylum and withholding of removal under the Immigration and Nationality Act ("INA") and relief under the United Nations Convention Against Torture and Other Cruel, Inhuman and De-